## Commonwealth *v.* White, Appellant.

Argued December 12, 1967. *Thomas J.*

*McBride,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellant; *Welsh S. White,* Assistant District Attorney, with him *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.